■ SALVATORE PENNISI, an Infant, by His Father and Natural Guardian PAUL PENNISI, et al., Respondents, v. ABRAHAM AGTSTERIBBE, Appellant.— Order of the Supreme Court, Queens County, dated December 6, 1966, reversed, with $10 costs and disbursements, and motion granted, without prejudice to a further motion for compromise by plaintiffs upon notice to all parties. Under the circumstances, it was an improvident exercise of discretion not to vacate the prior order of the court. The court will determine whether the best interests of the infant will be served by the proposed settlement. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAVERIO CIAVARELLA and FRANK NAPPI, Appellants.— Judgments of the Supreme Court, Queens County, rendered December 15, 1965, and January 5, 1966, reversed, on the law, and a new trial granted. The findings of fact implicit in the jury's verdict are affirmed. Under the circumstances disclosed by this record, the admission of prejudicial testimony as to the previous identification of defendants requires a reversal of their convictions and a new trial (*People* v. *Caserta,* 19 N Y 2d 18; *People* v. *Mantesta,* 27 A D 2d 748; *People* v. *Trowbridge,* 305 N. Y. 471; *People* v. *Hagedorny,* 272 App. Div. 830). Beldock, P. J., Ughetta, Christ, Rabin and Benjamin, JJ., concur.